## Nathan Finder, Appellee, v. Morris Miller and Company, Inc., Appellant.

### Gen. No. 42,747.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944; rehearing denied February 8, 1944. Morton B. Hochberg, for appellant; Harry M. Kroon, for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.

## People of the State of Illinois, Defendant in Error, v. George E. Blameuser, Plaintiff in Error.

### Gen. No. 42,764.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944. Emmet F. Byrne, for plaintiff in error; Clyde C. Fisher, of counsel; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.